(50 Misc. Rep. 627)

HODGE v. ACORN BRASS MFG. CO.

(Supreme Court, Appellate Term. April 24, 1906.)

CORPORATIONS—PROCESS—SERVICE ON FOREIGN CORPORATIONS—OFFICER OR AGENT.

Where a defendant in an action is a foreign corporation, and the summons was not served on an officer nor an agent, but on one who only had authority to sell its goods at a stated price, the court acquired no jurisdiction.

[Ed. Note.—For cases in point, see vol. 12, Cent. Dig. Corporations, § 2610.]

Appeal from Municipal Court, Borough of Manhattan, First District.
Action by Schuyler C. Hodge against the Acorn Brass Manufacturing Company. From a judgment in favor of plaintiff, defendant appeals. Reversed, and complaint dismissed.

Argued before SCOTT, P. J., and TRUAX and BISCHOFF, JJ.

Bookstaver & Norton (Harry J. Sondheim, of counsel), for appellant.

PER CURIAM. The defendant is a foreign corporation, and, claiming never to have been served with a summons in this action, appeals, by virtue of the provisions of section 311 of the Municipal Court Act (Laws 1902, p. 1578, c. 580), from a judgment rendered in favor of the plaintiff, and upon the appeal submits affidavits in support of its contention. The affidavits are clear and explicit, and substantially uncontradicted, to the effect that service of the summons was made 'upon a person who was not an officer of the defendant corporation, or the cashier, director, or managing agent thereof. The person served was not an agent of the defendant in any respect, but had authority only to sell its goods in this city at a stated price. Under such circumstances, the court below acquired no jurisdiction over the defendant, and the judgment must be reversed.

Judgment reversed, with costs, and complaint dismissed.